# NOT  DESIGNATED  FOR  PUBLICATION

Stephen Barnett Murray
Murray Law Firm
650 Poydras Street, Ste 2150
New Orleans LA 70130

Stephen Barnett Murray, Jr.
Murray Law Firm
650 Poydras St., Suite 2150
New Orleans LA 70130

Elizabeth Roche
Murray Law Firm
650 Poydras Street, #2150
New Orleans LA 70130

William Wallace Goodell, Jr.
Attorney at Law
P. O. Box 52663
Lafayette LA 70505-2663

Stuart Housel Smith
Smith Stagg, LLC
365 Canal St. #2850
New Orleans LA 70130

Michael Gregory Stag
Smith Stag, LLC
365 Canal St., #2850
New Orleans LA 70130

Sean Seton Cassidy
Smith Stag, LLC
365 Canal Street, #2850
New Orleans LA 70130

John Leonard Fontenot, Jr.
Smith Stag
365 Canal Street, Ste 2850
New Orleans LA 70130

Kim Reginald Hayes
Attorney at Law
P. O. Drawer 369
Crowley LA 70527-0369

**REHEARING ACTION: August 1, 2012**

**Docket Number: 12   00472-CW**

**RENEE CHRISTINE DIETZ, ET AL.
VERSUS
SUPERIOR OIL COMPANY, ET AL.**

**Writ Application from Acadia Parish Case No. 86,739**

**BEFORE JUDGES:**

Hon. John D. Saunders
Hon. J. David Painter
Hon. James T. Genovese

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Renee Christine Dietz, et al** has this day been

      **DENIED.**
      Painter, J., would grant rehearing.

cc: Charles Simon McCowan, III, Counsel for  the Respondent
    Louis Victor Gregoire, Jr., Counsel for  the Respondent
    Esteban Herrera, Jr., Counsel for  the Respondent
    Robert Beattie McNeal, Counsel for  the Respondent
    James E. Lapeze, Counsel for  the Respondent
    Katie Caswell Cambre, Counsel for  the Respondent
    David Lyman Browne, Counsel for  the Respondent
    Morgan J. Wells, Jr., Counsel for  the Respondent
    Evan J. Godofsky, Counsel for  the Respondent
    Loulan Joseph Pitre, Jr., Counsel for  the Respondent
    Demarcus J. Gordon, Counsel for  the Respondent
    Thomas Keith Regan, Counsel for  the Respondent
    Clint David Bischoff, Counsel for  the Respondent
    Tommy Woods Thornhill, Counsel for  the Respondent